**UNITED STATES of America, Plaintiff—Appellee,**

v.

Sebastian **RODRIGUEZ–CARRILLO,** aka: **Alberto Rosas–Juarez Jose Reyes, Jose Herrera, Miguel Angel Solorzano, Jose Roberto Rosas,** Defendant—Appellant.

No. 07–30376.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.*

Filed May 2, 2008.

Rafael M. Gonzalez, Jr., Esq., Alan G. Burrow, USBO–Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Robert K. Schwarz, Federal Defenders of Idaho Inc., Boise, ID, for Defendant–Appellant.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

Sebastian Rodriguez–Carrillo appeals from his 87–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Rodriguez–Carrillo contends that the district court disregarded the sentencing factors under 18 U.S.C. § 3553(a). We conclude that the district court did not commit procedural error. *See Gall v. United States,* — U.S. —, 128 S.Ct. 586, 598–599, 169 L.Ed.2d 445 (2007).

Rodriguez–Carrillo also contends that his sentence is unreasonable in that it is greater than necessary to accomplish the sentencing goals set forth under 18 U.S.C. § 3553(a). We conclude that the sentence is not substantively unreasonable in light of the factors contained in 18 U.S.C. § 3553(a). *See id.* at 600–602; *see also United States v. Carty,* 520 F.3d 984, 994–96 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.